# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Tommy Clayton Mackey | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 9:18-1373-DCC |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration | ) ) ) |
| *Defendant* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The Commissioner's decision is reversed and the Court remands this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).


This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Donald C Coggins Jr , United States District Judge.


Date:  May 24, 2019                                      *CLERK OF COURT*


                                                         s/Chelsea Pegram-Conner
                                                         *Signature of Clerk or Deputy Clerk*